

**RECEIVED**

**OCT 12 2010**

AT 8:30_____
WILLIAM T. WALSH
CLERK

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

PAULA T. DOW
*Attorney General*

ROBERT M. HANNA
*Director*

October 12, 2010

The Hon. Freda L. Wolfson, U.S.D.J.
United States District Court District of New Jersey
402 E. State Street
Trenton, NJ 08608

**VIA FAX to:**   609-989-0496

Re:   American Express Travel Related Services, Inc. v. Andrew P. Sidamon-Eristoff, et al.
Docket No. 03:10-cv-04890-FLW-LHG

New Jersey Retail Merchants Association v. Andrew P. Sidamon-Eristoff, et al.
Docket No. 03:10-cv-05059-FLW-LHG

New Jersey Food Council v. Andrew P. Sidamon-Eristoff, et al.
Docket No. 03:10-cv-05123-FLW-LHG

Dear Judge Wolfson:

With respect to each of the above-captioned matters, I am writing to request special permission to file a brief exceeding in length the limits established in L. Civ. R. 7.2. Each brief will oppose plaintiffs' orders to show cause. It will also support defendants' motion to dismiss pursuant to F.R. Civ. P. 12(b)(1), on grounds of abstention and Eleventh Amendment immunity. I note that plaintiffs' briefs in each of the above-captioned matters exceeded the limit established in R. 7.2. Accordingly, I request the Court's dispensation to file a brief not exceeding fifty (50) pages in length.



HUGHES JUSTICE COMPLEX · TELEPHONE: (609) 599-6868 · FAX: (609) 292-0690
New Jersey Is An Equal Opportunity Employer · Printed on Recycled Paper and Recyclable

Thank you for your consideration of this request, and please do not hesitate to contact me at 609-599-6868 if I may be of any assistance.

Respectfully submitted,

Robert Lougy
Assistant Attorney General

IT IS SO ORDERED:

FREDA L. WOLFSON, U.S.D.J. 10/12/10